IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORNELIUS JEFFERSON,

        Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

        Defendant.

No. 3:20-cv-01314-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED:＿＿October 23, 2021＿＿＿＿＿.

                                                    MARCO A. HERNÁNDEZ
                                                    United States District Judge

1 – JUDGMENT